No. 03–5077. BARTLETT *v.* SNEDEKER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–5078. BUTLER *v.* LAVAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–5079. BENITEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5080. CASTRO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5081. CHAVARIA-ÁNGEL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5082. GILLIAM *v.* DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5083. McLENNON, AKA POTTINGER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5084. POUNDERS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–5085. WYATT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5087. HODGE *v.* BROWNLEE, ACTING SECRETARY OF THE ARMY. C. A. D. C. Cir. Certiorari denied.

No. 03–5088. ZENO *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–5089. STACKPOLE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–5090. JOHNSON *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5092. GERA *v.* HASSENFELD ET AL. C. A. 1st Cir. Certiorari denied.